**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| HAROLD JACOBY, ) | Case No.: 2:09-cv-00346-FJM |
| ) | |
| Plaintiff, ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| RESURGENT CAPITAL SERVICES, LP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

HAROLD JACOBY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, RESURGENT CAPITAL SERVICES, LP (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:      /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025

1